UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RALPH BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:25-CV-82-HAI |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| FRANK J. BISIGNANO, | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is **HEREBY ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in the Commissioner's favor with respect to all issues.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This the 15th day of April, 2026.



Signed By:

*Hanly A. Ingram*

**United States Magistrate Judge**